IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Lead Case No. 10-42055 |
| | ) | Jointly Administered |
| SHOW DEPARTMENT, INC., *et al.*, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Cont'd Hearing Date:  September 27, 2012 |
| | ) | Cont'd Hearing Time: 10:30 a.m. |

**SUPPLEMENT TO THE SECOND AND FINAL APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF MADISON STREET CAPITAL ADVISORS, LLC, DEBTORS'
FINANCIAL AND OPERATIONAL ADVISOR [DKT. 634]**

Madison Street Capital Advisors, LLC ("MSC"), the financial and operational advisor to the captioned debtors and debtors in possession (collectively, the "Debtors"), submits this Supplement (the "Supplement") to its *Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Madison Street Capital Advisors, LLC, Debtors' Financial and Operational Advisor* [Dkt. 634] (the "Final Application"), which is subject to a Briefing Schedule Order [Dkt. 652] and scheduled for continued hearing before this Court on September 27, 2012 at 10:30 a.m. in Courtroom 644 at 219 South Dearborn Street, Chicago, Illinois.

In the Final Application, MSC requested reimbursement of its estimated legal expenses of $12,214.50 incurred in connection with preparing the Final Application. (Final Application ¶¶ 29, 31.) On May 24, 2012, at the initial status hearing on the Final Application, the Court indicated that MSC should submit its invoices for legal expenses for review if it seeks to have those expenses reimbursed by the Debtors.

2221657-1

By this Supplement, MSC submits its invoices for actual legal expenses incurred and paid, which it seeks to have reimbursed by the Debtor in connection with the Final Application. The specific legal services rendered and expenses paid by MSC are reflected on the invoices (the "Invoices") attached as **Group Exhibit G**.[1] The following chart summarizes the Invoices:

| Invoice Date | Hours | Services | Expenses |
|---|---|---|---|
| April 30, 2012 | 32.7 | $10,457.50 | $ 258.00 |
| May 31, 2012 | 11.6 | $ 3,514.00 | $ 314.50 |
| Total: | 44.3 | $13,971.50 | $ 572.50 |
| **Grand Total:** | | | **$ 14,544.00** |

MSC's actual legal expenses are higher than the estimated legal expenses stated in the Final Application. To clarify the total amount of compensation and reimbursement of expenses sought by the Final Application, MSC provides the following chart, which summarizes the information set forth in Paragraphs No. 30-31 and Exhibit F (Summary Chart of MSCA's Invoice) of the Final Application, as well as the *Order Granting Second Interim Award of Compensation* [Dkt. 652]:

| | Show Dept. | RDS | 2201 W Fulton | Boreray |
|---|---|---|---|---|
| Hours of Services: | 400.30 | 117.40 | 28.70 | 19.60 |
| Compensation for Services: | $ 117,570.05 | $ 33,471.52 | $ 8,385.50 | $ 5,519.00 |
| Expenses Incurred: | $ 12,447.79 | $ 5,722.73 | $ - | $ - |
| *Subtotal:* | *$ 130,418.14* | *$ 39,311.65* | *$ 8,414.20* | *$ 5,538.60* |
| plus Legal Expenses: | $ 14,544.00 | | | |
| **Total Sought to be Allowed:** | **$ 198,226.59** | | | |
| less Interim Payments: | $(100,000.00) | | | |
| **Total Sought to be Paid:** | **$ 98,226.59** | | | |

---

[1] By submitting the Invoices for review by the Court in order to determine whether the legal expenses set forth therein should be reimbursed by the Debtors, MSCA does not waive its entire rights under the attorney-client privilege and expressly reserves its right to assert the privilege as to any further inquiries.

2221657-1                                     2

WHEREFORE, Madison Street Capital Advisors, LLC respectfully requests entry of an order granting the relief requested in the Final Application, including reimbursement of MSCA's legal expenses as set forth in this Supplement, and granting other relief as this Court deems just and proper.

Respectfully submitted,

Dated: June 8, 2012                         MADISON STREET CAPITAL ADVISORS, LLC

By: /s/ Patrick F. Ross
Patrick F. Ross (# 6296461)
Ungaretti & Harris LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4400 – phone
(312) 977-4405 – fax
Email: pfross@uhlaw.com

*Counsel to Madison Street Capital Advisors, LLC, Debtors' Financial and Operational Advisors*