# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 10-42055 |
| SHOW DEPARTMENT, INC., *et al.*, | ) (Jointly Administered) |
| Debtors and Debtors in possession | ) Hon. Pamela S. Hollis |
| | ) Chapter 11 |
| | ) |
| | ) **Hearing Date:  January 8, 2015** |
| | ) **Hearing Time: 10:00 A.M. (C.D.T.)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 8, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis in her usual courtroom no. 644 in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any other judge who may be sitting in her place or stead, and shall then and there present **Third Application For Allowance of Compensation and Reimbursement of Expenses for Maxwell Law Group, LLC** at which time and place you may appear, if you so see fit.

Applicant seeks allowance of $297,793 in compensation and reimbursement of expenses in the amount of $2,883.25.  A copy of the Application and supporting documentation will be filed with the Court and will be available upon written request to Applicant by electronic mail to ajmaxwell@maxwellandpotts.com with a copy to cjcapo@maxwellandpotts.com. A copy will also be available with a valid password through the PACER system on the website for the United States Bankruptcy Court for the Northern District of Illinois at www.ilnb.uscourts.gov.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing date, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing.  If you do not object, the Court may grant the relief requested.

> Andrew J. Maxwell (ARDC #1799159)
> Maxwell Law Group, LLC
> 105 West Adams St., Suite 3200
> Chicago, IL 60603
> (312) 368-1138

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) No. 10-42055 |
| SHOW DEPARTMENT, INC., *et al.*, | ) (Jointly Administered) |
| Debtors and Debtors in possession | ) Hon. Pamela S. Hollis |
| | ) Chapter 11 |
| | ) **Hearing Date:  January 8, 2015** |
| | ) **Hearing Time: 10:00 A.M. (C.D.T.)** |

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he served a copy of the **Notice of Motion** to the parties listed below and on the attached service lists pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants and to others not registered by depositing same in the United States Mail, postage prepaid, on December 24, 2014:

Ellen Parker, Attorney
Ops3, LLC
2201 W. Fulton
Chicago, IL (ECF)

Forrest Lammaman, Esq.
MPS Law
Chicago, IL (ECF).

                                                     /s/ *Andrew J. Maxwell*

# SERVICE LIST

| | | |
|---|---|---|
| McCarthy & Trinka, Inc<br>1000 Jorie Boulevard, #10A<br>Oak Brook IL 60523 | Blue Cross Blue Shield of Illinois<br>P.O. BOX 1186<br>Chicago IL 60690-1186 | Event Engineering<br>2334 W. North Avenue<br>Chicago IL 60647 |
| Automated Lighting System,LLC<br>1466 E. 168th St.<br>South Holland IL 60473 | Miller, John<br>1897 Applewood Dr<br>Wauconda IL 60084 | MB Financial Bank<br>Cardmember Services<br>P O Box 790408<br>St. Louis MO 63179-0408 |
| Powco, Inc<br>56165 Moorlag Road<br>Marcellus MI 49067 | AT&T Business Services<br>P.O. Box 5019<br>Carol Stream IL 60197-5019 | Penske Truck Leasing., L. P.<br>3900 N. Manheim Road<br>Franklin Park IL 60131 |
| Automatic Anodizing Company<br>3340 West Newport Ave.<br>Chicago IL 60618 | ACB - Credit Card<br>Cardmember Services<br>P O Box 790408<br>St Louis MO 63179-0408 | Michael Salvatori<br>4 Ellyn Court<br>Glen Ellyn IL 60137 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream IL 60197-5275 | VER /Chicago<br>3810 N. Carnation Street<br>Franklin Park IL 60131 | CIT Technology Financing Svc.<br>1162 E Sonterra Blvd Ste 130<br>San Antonio, TX 78258 |
| Elan Financial Services<br>as servicer for MB Financial Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | ALG Worldwide Logistics, LLC<br>Admiral, Inc.<br>P.O. Box 66725<br>Chicago IL 60666-0725 | Russell Novak & Company<br>225 W. Illinois Street #300<br>Chicago IL 60610 |
| Elan Financial Services as servicer for<br>American Chartered Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | AT & T Attorney: James Grudus<br>AT & T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 |
| Whitlow, Larry D.<br>2904 Columbine Cir<br>Valparaiso IN 46383 | COACTIV CAPITAL PARTNERS, INC.<br>655 Business Center Dr<br>Horsham, PA.19044 | ALG Worldwide Logistics, LLC<br>745 Dillon Drive<br>Wooddale, Illinois 60191 |