UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-42055 |
| SHOW DEPARTMENT, INC., et al., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AND FINAL DECREE CLOSING CASE

This matter coming to be heard on Debtor's Second Motion For Entry of an Order and Final Decree Closing Case ("Motion"); at least seven (7) days notice having been given and further notice being waived for good cause; no objections having been filed and no objections having been raised in open court to the relief requested in the Motion which have not been overruled; the Court being advised in the premises of the Motion; and good cause appearing to grant the relief requested in the Motion; it appearing that the relief sought is in the best interest of the estate; it is, therefore:

ORDERED, based on the allegations of the Motion but without evidentiary hearing, the Motion is granted including the following relief:

a) Pursuant to 11 U.S.C. § 350(a) and Federal Rule of Bankruptcy Procedure 3022, the bankruptcy case for Show Department, Inc., Debtor in case no. 10-42055, is closed, effective nunc pro tunc to December 31, 2014; and

b) the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order including but not limited to determination and allowance of administrative claims including but not limited to counsel fees.

Enter:

Dated: JAN - 8 2015

United States Bankruptcy Judge

**Prepared by:**
Andrew J. Maxwell (ARDC#1799150)
Maxwell Law Group, LLC
105 W. Adams, Suite 3200
Chicago, IL 60603
312/368-1138

Rev: 20130103_bko